IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12CR3059-5 |
| vs. | ORDER |
| TANG (JANNY) NGUYEN, | |
| Defendant. | |

IT IS ORDERED that:

1. The plaintiff's unopposed motion to continue sentencing date (filing 217) is granted.

2. Defendant Tang (Janny) Nguyen's sentencing is continued to Wednesday, February 20, 2013, at 12:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 9th day of January, 2013.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge