IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANG (JANNY) NGUYEN,<br><br>Defendant. | 4:12-CR-3059<br><br>JUDGMENT OF ACQUITTAL |

Pursuant to the opinion (filing 267), judgment (filing 268) and mandate (filing 270) of the United States Court of Appeals for the Eighth Circuit,

IT IS ORDERED:

1. The Court's judgment of February 21, 2013 (filing 246) is vacated.

2. Any sums collected from the defendant pursuant to that judgment, to satisfy restitution or the $100 special assessment, shall be refunded to the defendant.

3. The defendant is acquitted.

4. This case, as to the above-captioned defendant, is dismissed with prejudice.

Dated this 11th day of August, 2014.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge